■ The People of the State of New York, Respondent, v Lucas A. Foote, Appellant. [720 NYS2d 422] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contention that County Court erred in failing to grant him youthful offender status (*see, People v Wright,* 269 AD2d 829, *lv denied* 94 NY2d 946, 950, 954; *People v King,* 254 AD2d 814, 814-815, *lv denied* 92 NY2d 983), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). Because the court imposed the minimum sentence authorized for a class B violent felony offense (*see,* Penal Law § 70.02 [3] [a]), there is no basis for the exercise of our authority to reduce the sentence as a matter of discretion in the interest of justice (*see, People v Marrero,* 278 AD2d 135; *People v Agha,* 239 AD2d 930, 931, *lv denied* 90 NY2d 854). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Sodomy, 1st Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.

■ Edward R. Gallagher, Appellant, v TDS Telecom, Respondent. [720 NYS2d 422] —Order and judgment unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Defendant failed to support its motion with a copy of the pleadings filed in the action and thus Supreme Court erred in granting the motion for summary judgment dismissing the complaint (*see,* CPLR 3212 [b]; *Logan v L.A. Mgt. & Rest.,* 275 AD2d 1026; *McMahon v Wolverine Worldwide,* 233 AD2d 587; *Dupuy v Carrier Corp.,* 204 AD2d 977). The court, however, properly denied the cross motion for summary judgment because plaintiff also failed to submit a copy of the pleadings in support of his cross-motion (*see, Deer Park Assocs. v Robbins Store,* 243 AD2d 443). Therefore, we modify the order and judgment by denying defendant's motion and reinstating the complaint. (Appeal from Order and Judgment of Supreme Court, Oneida County, Grow, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.